AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHALEN, LAURENCE J. | U.S. TAX COURT | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, Senior Status | ☐ Nomination     Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

U.S. TAX COURT
400 SECOND ST. N.W., ROOM 331
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHALEN, LAURENCE J. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Fairfax County Public Schools, Substitute Teacher |
| 2. 2016 | St. Stephen's and St. Agnes School, Substitute Teacher |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHALEN, LAURENCE J. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHALEN, LAURENCE J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NMW Life Inc., 2 Whole Life Insurance Policies | D | Dividend | M | T | | | | | |
| 2. Office Furniture | | None | J | W | | | | | |
| 3. Bank of America, Wash, DC, Mkt acct | A | Interest | M | T | | | | | |
| 4. Wells Fargo Bank, formerly Wachovia Bk, Mkt accts | A | Interest | L | T | | | | | |
| 5. ING Direct | B | Interest | M | T | | | | | |
| 6. Northeast Investors Trust -IRA | B | Dividend | K | T | | | | | |
| 7. Vanguard 500 Index Fund-IRA | B | Dividend | L | T | | | | | |
| 8. Wells Fargo Bank, DLW account (X) | A | Interest | J | T | | | | | |
| 9. IRA at Merrill Lynch has following assets: | | | | | | | | | |
| 10. Bank of America, NA RASP [sweep acct] | A | Dividend | M | T | | | | | |
| 11. BA RI N.A. RASP (IIAYY) [sweep acct] | A | Dividend | M | T | | | | | |
| 12. Invesco Van Kampen Small Cap Value Fund Cl C (VSMCX) | A | Distribution | J | T | | | | | Capital gain distributions |
| 13. American Growth Fund of America Cl C (GFACX) | A | Distribution | J | T | | | | | Capital gain distribution |
| 14. Federated Kaufmann Fund Cl C (KAUCX) | B | Distribution | J | T | | | | | Capital gain distribution |
| 15. Invesco Van Kampen Equity & Income Cl C (ACERX) | A | Dividend | K | T | | | | | Divs +Capital gain distrib |
| 16. Eaton Vance Large Cap Value Fund Cl C (ECSTX) | A | Dividend | K | T | | | | | Divs |
| 17. Blackrock Global Allocated FD Inc C (MCLOX) | A | Dividend | L | T | | | | | Divs +Capital gain distrib |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHALEN, LAURENCE J. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Column D(5), Part VII, Lines 12 through and including 17: Shows the type of distributions received during the year.

Part VII, line 6: Northeast Investors Trust -IRA: This is an IRA account invested entirely in shares of Northeast Investors Trust, a widely held no load fund traded under the ticker symbol NTHEX.

| Name of Person Reporting | Date of Report |
|---|---|
| WHALEN, LAURENCE J. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LAURENCE J. WHALEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544